**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER BANNER, | No. 2:20-CV-0563-DMC-P |
| Petitioner, | |
| v. | ORDER |
| D.V.I., | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are petitioner's motions for leave to proceed in forma pauperis (ECF Nos. 5 and 6).

Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.

Accordingly, IT IS HEREBY ORDRED that Petitioner's motions for leave to proceed in forma pauperis (ECF Nos. 5 and 6) are granted.

Dated: April 27, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1